IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

TRENTON P. MILLETT                                    PETITIONER
Reg #17297-078

v.                      No. 2:13-cv-107-DPM

ANTHONY HAYNES, Warden,
FCC-Forrest City Medium                               RESPONDENT

## JUDGMENT

Petition dismissed without prejudice as moot.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 September 2014